ACCEPTED
15-25-00169-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/4/2025 10:28 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00169-CV

# In the
# Fifteenth Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/4/2025 10:28:21 AM
CHRISTOPHER A. PRINE
Clerk

APEX ATX LLC,

*Appellant*,

v.

ELIZABETH OVERBY,

*Appellee*.

On Appeal from the 261st District Court,
Travis County, Texas (No. D-1-GN-25-000894)
The Honorable Jan Soifer, Presiding

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Kevin J. Terrazas
State Bar No. 24060708
Jennifer A. Foster
State Bar No. 24104938
Laura de la Garza
State Bar No. 24087393
**TERRAZAS PLLC**
1001 S. Capital of Texas Hwy.
Bldg. L, Suite 250
Austin, Texas 78746
512-680-3257
**ATTORNEYS FOR APPELLANT**

Appellant Apex ATX LLC ("Appellant") respectfully requests a 30-day extension of the deadline to file its appellate brief in the above-captioned matter. This is Appellant's first request for an extension of the deadline to file its appellate brief. The Court's current deadline for Appellant to file its brief is November 14, 2025. If Appellant's request is granted, the brief will be due on December 15, 2025.

Appellant requests this extension because Appellant's counsel has had and will continue to have significant time commitments related to numerous other ongoing cases that make it impracticable to complete the brief in this matter by the current deadline, including:

- *FBCC CityPoint L.P. v. The City of Austin, et al.*, No. 25-50293 in the Fifth Circuit Court of Appeals;

- *Champion Food Service, Inc., et al. v. ProAlamo Foods, L.L.C, et al.*, No. 25-0297 in the Texas Supreme Court;

- *Jake Perry, et al. v. Larry James Korus, et al.*, No. 2023CI26340 in the 438th Judicial District Court of Bexar County, Texas;

- *Lauro H. Chapa, Sr., et al. v. Luis Ricardo Chapa*, No. DC-22-154 in the 229th Judicial District Court of Duval County, Texas; and

- *Rachel Kukes Schwartz, et al. v. Thomas Sebold & Associates, Inc.*, in Private Arbitration before Arbitrator Kevin S. Hendrick.

Appellant's counsel has conferred with counsel for Appellee, who advises that Appellee is unopposed to Appellant's request for an extension of time.

For the foregoing reasons, Appellant respectfully requests a 30-day extension of time to file its appellate brief, extending the deadline up to and including December 15, 2025.

Respectfully submitted,

**TERRAZAS PLLC**
1001 S. Capital of Texas Hwy
Bldg. L, Suite 250
Austin, Texas 78746
512-680-3257

By: */s/ Kevin J. Terrazas*
    Kevin J. Terrazas
    State Bar No. 24060708
    kterrazas@terrazaspllc.com
    Jennifer A. Foster
    State Bar No. 24104938
    jfoster@terrazaspllc.com
    Laura de la Garza
    State Bar No. 24087393
    ldelagarza@terrazaspllc.com

    **ATTORNEYS FOR APPELLANT APEX ATX LLC**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with David A. Buono, counsel for Appellee Elizabeth Overby, via e-mail on October 31, 2025. Mr. Buono advises that Appellee does not oppose the relief requested in this motion so long as Appellant agrees to a similar extension of the deadline for Appellees' brief, which is agreed.

*/s/ Jennifer A. Foster*
Jennifer A. Foster

## CERTIFICATE OF SERVICE

I certify that a true and complete copy of the above and foregoing document was served by e-service on November 4, 2025 on all counsel of record, specifically:

David A. Buono, II
SAVRICK SCHUMANN JOHNSON MCGARR KAMINSKI &
SHIRLEY, LLP
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735

Henning Schmidt
STRADLING YOCCA CARLSON & RAUTH, LLP
500 W. 2nd Street, Suite 1900
Austin, Texas 78701

**ATTORNEYS FOR APPELLEE**

*/s/ Jennifer A. Foster*
Jennifer A. Foster

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster
Bar No. 24104938
jfoster@terrazaspllc.com
Envelope ID: 107631851
Filing Code Description: Motion
Filing Description: Appellant's Unopposed Motion for Extension of Time to File Appellant's Brief
Status as of 11/4/2025 10:32 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Henning Schmidt | | HSchmidt@stradlinglaw.com | 11/4/2025 10:28:21 AM | NOT SENT |
| David Buono | | david@ssjmlaw.com | 11/4/2025 10:28:21 AM | NOT SENT |
| Kevin Terrazas | | kterrazas@terrazaspllc.com | 11/4/2025 10:28:21 AM | NOT SENT |
| Jennifer Foster | | jfoster@terrazaspllc.com | 11/4/2025 10:28:21 AM | NOT SENT |